# EXHIBIT B



# PRISONER PROPERTY RECEIPT

Revised 12/12/07

DATE PREPARED: 03/18/15    PRECINCT: 032

| ARRESTING / ASSIGNED OFFICER | RANK | SHIELD # | TAX# | COMMAND |
|---|---|---|---|---|
| TAYLOR | DET | 4438 | 933403 | MGS |

| PRISONER'S LAST NAME | FIRST NAME | AGE | ADDRESS (INCLUDE CITY, STATE, ZIP CODE, APT#) |
|---|---|---|---|
| DANIELS | DESHAWN | 30 | 200 W.143 STREET #20D NY, NY 10030 |

| DATE OF ARREST | CHARGES / OFFENSE UNDER INVESTIGATION |
|---|---|
| 03/18/2015 | PL 265.01 |

## PROPERTY REMOVED
THE FOLLOWING PROPERTY HAS BEEN REMOVED FROM YOUR POSSESSION AND VOUCHERED

CURRENCY: 0 (DOLLAR AMOUNT)

OTHER: KNIFE

IN ORDER TO INQUIRE ABOUT DISPOSITION OF YOUR PROPERTY YOU ARE ADVISED TO CALL THE FOLLOWING LOCATION MONDAY THROUGH FRIDAY (9AM - 6PM)   COMMAND: 032   PHONE: (212)690-6369

## PROPERTY RETURNED
THE FOLLOWING PROPERTY HAS BEEN RETURNED TO YOU

CURRENCY: 272.00 (DOLLAR AMOUNT)

OTHER: BELT
LACES
CLEAR WATCH
CLEAR RING

I HAVE RECEIVED A COPY OF THIS NOTICE REGARDING PROPERTY REMOVED AND/ OR RETURNED TO ME

| X Refused | DANIELS, DESHAWN | 03/18/2015 |
|---|---|---|
| DEFENDANT'S SIGNATURE | DEFT'S NAME PRINTED | DATE |

I HAVE RECEIVED ISSUED A COPY OF THIS RECEIPT TO THE ABOVE DEFENDANT

| [signature] | DET. TAYLOR | 03/18/2015 |
|---|---|---|
| A/O'S SIGNATURE | A/O NAME PRINTED | DATE |

| [signature] | SGT. FRADERA | 03/18/2015 |
|---|---|---|
| SUPERVISOR'S SIGNATURE | SUPERVISOR'S NAME PRINTED | DATE |

NOTE:
1. ORIGINAL TO A/O'S ARREST FOLDER
2. COPY TO BE GIVEN TO DEFENDANT
3. PLACE COPY IN ARREST PACKAGE TO D.A.
4. ATTACH COPY TO PROPERTY CLERK'S INVOICE

DEF 092