# EXHIBIT C



## POLICE DEPARTMENT OF THE CITY OF NEW YORK
### Desk Appearance Ticket

Precinct of Arrest : 032        DAT Serial No. : 032-00208        OLBS Arrest-ID : M15619916

The People of the State of New York VS.

Defendant Name : DANIELS, DESHAWN,
Defendant Address: 200 WEST 143 STREET, 20D, MANHATTAN, NY 10030        Age: 30 yrs        Date of Birth: ▮

You are hereby summoned to appear in the Criminal Court of the City of New York, to answer a criminal charge made against you.

Top Offense Charged : PL 265.01 01
County: New York        Arraign/Part: DAT        Time: 10:30 AM   DAT        Date: 04/28/2015
At LOC: 100 Centre Street, New York, NY 10003                Room: DAT

**Instructions for Defendant**

You must appear at the time and date indicated above, and present this form to the court clerk.

**FAILURE TO APPEAR WILL RESULT IN THE ISSUANCE OF A WARRANT FOR YOUR ARREST.**

Should you fail to appear for the offense charged above, in addition to a warrant being issued for your arrest, you may be charged with additional violations of the penal law which upon conviction may subject you to a fine, imprisonment or both. Additionally, if you fail to comply with the directions of this Desk Appearance Ticket, any bail paid will be subject to forfieture.

Additional Instructions : _____

**Acknowledgement of Defendant:**

I, the undersigned, do hereby acknowledge receipt of the above Desk Appearance Ticket, personally served upon me, and do agree to appear as indicated.

Defendant Signature: X [signature]        Time: 23 : 30        Date: 3 / 18 / 15

Photographed by: A/O        Time: 23 : 30        Date: 3 / 18 / 15

FingerPrinted?: __

Arresting Officer: TAYLOR, BRIAN        Shield: —        Rank: DT3        Tax Reg.: 933403

Squad: GANG SQUAD MANHATTAN        Command: 598        Agency: NYPD

Address of Agency if not NYPD: _____

Was cash bail accepted? __        Amount: $ __

[signature]                                3/18/15                    [signature]
Signature Issuing Officer                  Date                       Signature Desk Officer

Provided by Mr. Daniels on 3/25/15

**DEF 029**