# EXHIBIT E

THIS EXHIBIT IS A CD AUDIO RECORDING
WHICH WILL BE PROVIDED DIRECTLY TO THE COURT