# GREGORY ANTOLLINO
## ATTORNEY AT LAW
GREG@ANTOLLINO.COM

275 SEVENTH AVENUE, SUITE 705  
NEW YORK, NEW YORK 10001

TEL. (212) 334-7397  
FAX (212) 334-7399

June 21, 2019

Ronnie Abrams  
U.S. District Judge  
40 Centre Street  
New York, NY 10007

RE:     Daniels v. City of New York, 18-3717 (RA)

Dear Judge Abrams:

     I represent plaintiff in this action, and as you are probably aware, the Supreme Court issued its decision in *McDonough v. Smith,* No. 18–485 (slip op., June 20, 2019 (attached). Since plaintiff was not acquitted in the underlying case, you must dismiss. Plaintiff continues to disagree with the defendant's arguments as to naming the John Does within the statute of limitations. Plaintiff's only way forward, barring a sua sponte reconsideration of the equitable tolling motion would be to appeal that decision.

Sincerely,

*Greg S. Antollino*

Gregory Antollino

Cc:     William Akina by ecf