UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DESHAWN DANIELS,

                                     Plaintiff,            **NOTICE OF APPEARANCE**

      -against-

                                                                     18-CV-3717 (RA)

DETECTIVE BRIAN TAYLOR, DETECTIVE JAMES
CLEARY, SERGEANT WESLEY FRADERA, AND
DETECTIVE NEIL MAGLIANO,

                                                        Defendants.
------------------------------------------------------------------------ x

         **PLEASE TAKE NOTICE** that Suzanne Funes, Senior Counsel, on behalf of the Acting Corporation Counsel of the City of New York, Georgia M. Pestana, appears herein as counsel of record for defendants City of New York, Detective Brian Taylor, Detective James Cleary, Sergeant Wesley Fradera and Detective Neil Magilano in this action, and demands that a copy of the complaint and all notices and other papers be served upon defendant at this office.

Dated:  New York, New York
          October 1, 2019

                                                            GEORGIA M. PESTANA
                                                            Acting Corporation Counsel
                                                            of the City of New York
                                                            *Attorney for Defendants*
                                                            100 Church Street
                                                            New York, New York 10007
                                                            (212) 356-2386

                                                   By:    *Suzanne Funes*
                                                                 Suzanne Funes
                                                                  *Senior Counsel*

cc:    All counsel of record (via ECF)