**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DESHAWN DANIELS,

                  Plaintiff,

-against-                    18 **CIVIL** 3717 (RA)

## JUDGMENT

DETECTIVE BRIAN TAYLOR, DETECTIVE JAMES CLEARY, SERGEANT WESLEY FRADERA, and DETECTIVE NEIL MAGLIANO,

                  Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 11, 2020, Defendants' motion to dismiss is granted; accordingly, this case is closed.

**Dated:** New York, New York
            March 27, 2020

                                                **RUBY J. KRAJICK**
                                            _____
                                                Clerk of Court
                         **BY:**
                                                _____
                                                **Deputy Clerk**