UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

DESHAWN DANIELS,                                              <u>NOTICE OF APPEAL</u>

      Plaintiff,

        -against-

                                                   18-3717 (RA)

DETECTIVE BRIAN TAYLOR, DETECTIVE
JAMES CLEARY, SERGEANT WESLEY
FRADERA, and DETECTIVE NEIL
MAGLIANO,

      Defendants.
-----------------------------------------------------------X

      Plaintiff DESHAWN DANIELS notices the appeal of every part of the final judgment, entered in this matter on dated March 27, 2020.

Dated:  New York, New York
          April 19, 2020


      _____/s/_____
Gregory Antollino
275 Seventh Avenue, 7th Floor New York,
NY 10001
(212) 334-7397
gregory@antollino.com

CC: Corporation Counsel by ECF