```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESHAWN DANIEL,

                        Plaintiff,

        v.

CITY OF NEW YORK,

                        Defendant.

18-CV-3717 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      As the Second Circuit has reversed the Court's dismissal of Plaintiff DeShawn Daniel's claim for denial of a fair trial, counsel for the parties shall appear for a status conference on October 1, 2021 at 12:00 p.m. The purpose of the conference is to discuss the discovery schedule, any possible motions the parties may wish to make and settlement. The Court will hold this conference by telephone. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

      IT IS FURTHER ORDERED that, by September 24, 2021, the parties jointly submit to the Court a proposed case management plan and scheduling order. A template for the order is available at https://nysd.uscourts.gov/hon-ronnie-abrams. The status letter and the proposed case management plan should be filed electronically on ECF, consistent with the Court's Electronic Case Filing (ECF) Rules & Instructions, which were updated on April 1, 2020, and are available at https://nysd.uscourts.gov/rules/ecf-related-instructions. Please consult my Individual Rules and Practices with respect to communications with Chambers and related matters.

SO ORDERED.

Dated:    September 10, 2021
             New York, New York

                                                  Ronnie Abrams
                                                United States District Judge