UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                              :
DESHAWN DANIELS
                                                              :
            Plaintiff,                    ORDER
                                                              :
         -v.-
                                                              :   18 Civ. 3717 (RA ) (GWG)

 CITY OF NEW YORK                                             :

            Defendant.                                        :
-------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

On January 26, 2022, this Court entered an Order requiring plaintiff's counsel to file a motion to withdraw by January 26, 2022 (Docket # 98). That Order required, counsel to contact plaintiff Deshawn Daniels to obtain his current mailing address and ordered that the motion to withdraw be delivered to Daniels via text message, e-mail, overnight delivery, and regular mail. Id. ¶ 5. The Order also required that counsel contact plaintiff Daniels to (1) confirm his receipt of the motion to withdraw, (2) ensure that he understands that there is a February 9, 2022 deadline to respond to the withdrawal papers, and (3) ensure that he understands that he must dial in to the Court's February 15, 2022 telephonic conference or risk dismissal of his claims. Id. Counsel were ordered to file an affidavit detailing "their efforts to comply with paragraph 5 of this Order." Id. ¶ 6.

Counsel filed a motion to withdraw on January 25, 2022 (Docket # 99). While the motion is accompanied by an affidavit, that affidavit fails to describe counsel's efforts to comply with paragraph 5 of the Court's January 19 Order.

Accordingly, counsel is directed to comply with Docket # 98 by filing an affidavit that fully describes counsel's efforts to comply with paragraph 5. That affidavit shall be filed by January 31, 2022.

SO ORDERED.

Dated: January 27, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge