UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
DESHAWN DANIELS
                                                             :
         Plaintiff,                    ORDER
                                                             :
      -v.-
                                       :   18 Civ. 3717 (RA) (GWG)

 CITY OF NEW YORK                      :

         Defendant.                    :
-------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

   Plaintiff failed to call in to the hearing scheduled for today. Accordingly, the hearing is adjourned to Wednesday, March 2, 2022, at 10:30 a.m. The parties shall participate in the hearing by dialing 1-888-557-8511 and entering conference code 6642374.

   In addition to Messrs. Antollino and Bergstein. plaintiff Daniels is required to dial in to this hearing. Other parties are not required to attend. If plaintiff Daniels fails to dial in to this hearing, he is warned that his claims may be dismissed.

   Plaintiff's counsel shall arrange to deliver a copy of this Order to plaintiff Daniels by (1) text message attachment if feasible; (2) email, if available; and (3) overnight or regular mail. Thereafter, counsel shall take all reasonable efforts to confirm with plaintiff Daniels by telephone, text message conversation, email or in person that these items were was actually received by him, and that he understands that he must dial in to the Court conference on March 2, 2022 at 10:30 a.m.

   On or before February 22, 2022, plaintiff's counsel shall file with the Court an affidavit or declaration describing whether they have complied with this Order.

Dated: New York, New York
       February 15, 2022

                                          SO ORDERED:

                                          _____
                                          GABRIEL W. GORENSTEIN
                                          United States Magistrate Judge